ROBERT J. NELSON, CA State Bar No. 132797
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th floor
San Francisco, CA 94111
Tel 415 956 1000 • Fax 415 956 1008 • rnelson@lchb.com

MICHAEL RUBIN, CA State Bar No. 80618
JAMES FINBERG, CA State Bar No. 114850
PAUL LECKMAN, CA State Bar No. 235721
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel 415 421 7151 • Fax 415 362 8064 • mrubin@altshulerberson.com,
jfinberg@altshulerberzon.com, pleckman@altshulerberzon.com

CLIFF PALEFSKY, CA Bar No. 77683
McGUINN, HILLSMAN & PALEFSKY, LLP
535 Pacific Avenue
San Francisco, CA 94133-4628
Tel 415 421 9292 • Fax 415 402 0202 • Uroy2@aol.com

NANCY G. KROP, CA Bar No. 133723
274 Redwood Shores Parkway, No. 334
Redwood City, CA 94065
Tel 650 596-8823 • Fax 650 596 8839 • nkrop@kroplaw.com

DANIEL ROBERT BARTLEY, CA Bar No. 79586
Mail: Post Office Box 686, Novato, CA 94948-0686
Street: 7665 Redwood Blvd, Suite 200, Novato, CA 94945-1405
Tel 415 898 4741 • Fax 415 898 4841 • DanielBartleyLaw@aol.com

Attorneys for Mary Hendow and Julie Albertson, Relators

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MARY HENDOW and JULIE ALBERTSON,<br><br>            Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF PHOENIX and DOES 1-500, Inclusive,<br><br>            Defendants. | |

Case No. CIV.S-03-0457 GEB DAD

STIPULATION TO TWO-WEEK CONTINUANCE OF HEARING ON DEFENDANT'S MOTION TO DISMISS RELATORS' SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1); [PROPOSED] ORDER

Judge:          Hon. Garland E. Burrell
Place:          Courtroom 10
Original Date:  June 11, 2007
New Date:       June 25, 2007
Time:           9:00 a.m.

WHEREAS, Defendant University of Phoenix on March 22, 2007, filed a Rule 12(b)(1) motion to dismiss Relators' Second Amended Complaint, which motion was originally noticed for hearing before this United States District Court on April 30, 2007;

WHEREAS, this Court *sua sponte* continued the hearing on such motion to June 11, 2007;

WHEREAS, Relators on May 23, 2007, retained new counsel to join the case as co-counsel for Relators,

WHEREAS, such new counsel for Relators are the firms of Leiff Cabraser, LLP, Altshuler Berzon, LLP, and McGuinn, Hillsman & Palefsky, LLP, respectively;

WHEREAS, Robert Nelson of Leiff Cabraser today apprised lead defense counsel Timothy Hatch, of Gibson Dunn & Crutcher, of Relators' new counsel's desire for a two-weeks continuance of the subject June 11, 2007, hearing, to June 25, 2007, in order that new counsel may review, and have some input on, Relators' opposition to the pending motion;

WHEREAS, undersigned Relators' counsel Daniel Bartley on May 23, 2007, confirmed with the Court, via a telephone call to Ms. Shani Furstenau, Courtroom Deputy Clerk, that the Court is available on June 25 and that such continuance to June 25 poses no problem;

THEREFORE, counsel hereby stipulate to such continuance, with the reciprocal understanding that Relators shall file and serve their opposition on or before June 6, 2007, and Defendant's reply shall be filed and served on or before June 18, 2007.

| | |
|---|---|
| DATED:  May 23, 2007 | LIEFF CABRASER LLP |
| | Robert Nelson |
| | |
| | ALTSHULER BERZON |
| | Michael Rubin |
| | James Fineburg |
| | Paul Leckman |
| | |
| | NANCY G. KROP and |
| | DANIEL ROBERT BARTLEY |
| | |
| | ATTORNEYS FOR *QUI TAM* RELATORS |
| | MARY HENDOW AND JULIE ALBERTSON |
| | |
| | /s/ Daniel Bartley |
| By: | _____ |
| | Daniel R. Bartley (CA Bar No. 79586) |

| | |
|---|---|
| DATED:  May 23, 2007 | STEVENS & O'CONNELL LLP |
| | Charles A. Stevens |
| | Bradley A. Benbrook |
| | |
| | SNELL & WILMER, LLP |
| | Christy Joseph |
| | |
| | GIBSON, DUNN & CRUTCHER LLP |
| | Timothy J. Hatch |
| | Wayne W. Smith |
| | James L. Zelenay, Jr. |
| | |
| | ATTORNEYS FOR DEFENDANT |
| | UNIVERSITY OF PHOENIX |

1
2                                          By:     /s/ Timothy Hatch
                                                   _____
3                                                  Timothy J. Hatch (CA Bar No. 165369)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-5-

ORDER

It is SO ORDERED.

The hearing on Defendant University of Phoenix's motion to dismiss is continued from June 11, 2007, to June 25, 2007, 9:00 a.m.

Relators shall e-file and e-serve their opposition on or before June 6, 2007, and Defendant shall e-file and e-serve its reply on or before June 18, 2007.

Dated:  May 24, 2007

GARLAND E. BURRELL, JR.
United States District Judge