TIMOTHY J. HATCH, SBN 165369
thatch@gibsondunn.com
JAMES L. ZELENAY, JR., SBN 237339
jzelenay@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

JARED M. TOFFER, SBN 223139
jtoffer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Dr.
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

CHRISTY JOSEPH, SBN 136785
cjoseph@swlaw.com
SNELL & WILMER LLP
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone:  (714) 427-7000
Facsimile:  (714) 427-7799

CHARLES J. STEVENS, SBN 106981
cjs@stevensandoconnell.com
BRADLEY A. BENBROOK, SBN 177786
bab@stevensandoconnell.com
STEVENS & O'CONNELL LLP
400 Capital Mall, Suite 1400
Sacramento, CA  95814-4412
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

Attorneys for Defendant,
UNIVERSITY OF PHOENIX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MARY HENDOW and JULIE ALBERTSON, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF PHOENIX, <br><br> Defendant. | CASE NO. CIV. S-03-0457 GEB DAD <br><br> **DEFENDANT UNIVERSITY OF PHOENIX'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION TO LEELAND WHITE'S MOTION TO INTERVENE AS OF RIGHT** <br><br> [Opposition filed concurrently herewith] <br><br> Judge: The Honorable Garland E. Burrell <br> Place: Courtroom 10 <br> Date: November 5, 2007 <br> Time: 9:00 a.m. |

Pursuant to Federal Rule of Evidence 201, defendant University of Phoenix ("UOP") hereby requests that the Court take judicial notice of the following pleadings and court documents in support of its concurrently filed Opposition to Leeland White's Motion to Intervene as of Right.  There is no dispute that the Court may take judicial notice of these documents.  *See, e.g.*, *Reyn's Pasta Bella,*

*LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (court "may take judicial notice of court filings and other matters of public record").  The documents consist of the following:

- **Exhibit A** – Exhibit A is a true and correct copy of the "Original Proceeding Complaint" filed by Mr. White in the United States District Court for the Western District of Texas on July 18, 2002 in the case of *White v. The Apollo Group*, Case No. 3:02-cv-00237-DB.
- **Exhibit B** – Exhibit B is a true and correct copy of the "Amended Complaint To Original Proceeding Complaint" filed by Mr. White on July 24, 2002 in the same case.
- **Exhibit C** – Exhibit C is a true and correct copy of the "Amended Complaint To Original Proceeding Complaint" filed by Mr. White on July 26, 2002 in the same case.
- **Exhibit D** – Exhibit D is a true and correct copy of the first few pages of the "Restatement of Complaint Pursuant to Order" filed by Mr. White in October 2002 in the same case.  UOP will provide the full document upon request of the Court.
- **Exhibit E** – Exhibit E is a true and correct copy of the January 30, 2003 "Memorandum Opinion and Order" in the same case.
- **Exhibit F** – Exhibit F is a copy of the docket sheet, obtained from PACER, for the same case.
- **Exhibit G** – Exhibit G is a true and correct copy of the October 17, 2002 "Order" issued in the same case.
- **Exhibit H** – Exhibit H is a true and correct copy of the May 28, 2004 "Order" issued in the same case.
- **Exhibit I** – Exhibit I is a true and correct copy of the June 16, 2004 "Memorandum Opinion and Order" issued in the same case.
- **Exhibit J** – Exhibit J is a true and correct copy of the June 21, 2004 "Order" issued in the same case.
- **Exhibit K** – Exhibit K is a true and correct copy of the first few pages of the over 200 pages that Mr. White filed as part of his Complaint, on January 7, 2005, in the case of *United States ex rel. White v. Apollo Group*, Case No. 3:04-cv-00452-DB, in the United States District Court for the Western District of Texas.  UOP will provide the full document upon request of the Court.

Gibson, Dunn & Crutcher LLP

2

**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION TO LEELAND WHITE"S MOTION TO INTERVENE**, Case No. CIV. S-03-0457 GEB DAD

- **Exhibit L** – Exhibit L is a true and correct copy of the January 6, 2006 "Memorandum Opinion and Order" issued in the same case.
- **Exhibit M** – Exhibit M is a copy of the docket sheet, obtained from PACER, for the same case.
- **Exhibit N** – Exhibit N is a true and correct copy of the April 17, 2006 "Memorandum Opinion and Order" issued in the same case.
- **Exhibit O** – Exhibit O is a true and correct copy of the December 6, 2006 "Order" issued in the same case.
- **Exhibit P** – Exhibit P is a true and correct copy of the January 24, 2007 "Order" issued in the same case.

DATED: October 19, 2007

STEVENS & O'CONNELL LLP
Charles J. Stevens
Brad Benbrook

SNELL & WILMER LLP
Christy Joseph

GIBSON, DUNN & CRUTCHER LLP
Timothy J. Hatch
James L. Zelenay, Jr.


By:    /s/  James L. Zelenay, Jr.
            James L. Zelenay, Jr.

Attorneys for Defendant,
UNIVERSTY OF PHOENIX

Gibson, Dunn & Crutcher LLP

3

**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION TO LEELAND WHITE'S MOTION TO INTERVENE**, Case No. CIV. S-03-0457 GEB DAD