1  TIMOTHY J. HATCH, SBN 165369
   thatch@gibsondunn.com
2  JAMES L. ZELENAY, JR., SBN 237339
   jzelenay@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, California 90071-3197
   Telephone: (213) 229-7000
5  Facsimile: (213) 229-7520

6  CHRISTY JOSEPH, SBN 136785
   cjoseph@swlaw.com
7  SNELL & WILMER LLP
   600 Anton Boulevard, Suite 1400
8  Costa Mesa, California 92626-7689
   Telephone:  (714) 427-7000
9  Facsimile:  (714) 427-7799

10 CHARLES J. STEVENS, SBN 106981
   cjs@stevensandoconnell.com
11 BRADLEY A. BENBROOK, SBN 177786
   bab@stevensandoconnell.com
12 STEVENS & O'CONNELL LLP
   400 Capital Mall, Suite 1400
13 Sacramento, CA  95814-4412
   Telephone: (916) 329-9111
14 Facsimile: (916) 329-9110

15
16 Attorneys for Defendant,
   UNIVERSITY OF PHOENIX

                    UNITED STATES DISTRICT COURT
17
                    EASTERN DISTRICT OF CALIFORNIA
18

19 UNITED STATES OF AMERICA, ex rel.        CASE NO. CV-03-0457 GEB DAD
   MARY HENDOW and JULIE
20 ALBERTSON,                               **STIPULATION AND ORDER
                                            REGARDING THE HEARING SCHEDULE
21          Plaintiff,                      ON DEFENDANT UNIVERSITY OF
                                            PHOENIX'S UNOPPOSED MOTION FOR
22      v.                                  ENTRY OF A PROTECTIVE ORDER
                                            REGARDING PRIVILEGED,
23 UNIVERSITY OF PHOENIX,                   CONFIDENTIAL, AND HIGHLY
                                            CONFIDENTIAL INFORMATION**
24          Defendant.
                                            Judge:  Magistrate Judge Dale A. Drozd
25                                          Place:   Courtroom 27

26
27      Defendant  University  of  Phoenix  ("UOP")  and  Relators  Mary  Hendow  and  Julie

28 Albertson  ("Relators"),  hereby  submit  this  Stipulation  and  [Proposed]  Order  Regarding  the

                                        1
   **STIPULATION AND ORDER REGARDING HEARING SCHEDULE ON DEFENDANT'S UNOPPOSED MOTION
   FOR ENTRY OF A PROTECTIVE ORDER**, Case No. CIV. S-03-0457 GEB DAD

Hearing Schedule on Defendant University of Phoenix's Unopposed Motion for Entry of a Protective Order Regarding Privileged, Confidential, and Highly Confidential Information.

**RECITALS**

WHEREAS, UOP files concurrently herewith an Unopposed Motion for Entry of a Protective Order Regarding Privileged, Confidential, and Highly Confidential Information ("Motion").

WHEREAS, Relators do not oppose the Motion.

WHEREAS, Relators have reviewed the [Proposed] Protective Order Regarding Privileged, Confidential, and Highly Confidential Information that UOP files concurrently with its Motion, and Relators have no objection thereto.

WHEREAS, the earliest available hearing date pursuant to the Court's local rules is November 9, 2007.

WHEREAS, this hearing date is unnecessarily distant, given that Relators do not oppose the Motion and will not be filing an opposition.

WHEREAS, the parties would like the Motion resolved as soon as possible so that discovery pursuant to the [Proposed] Protective Order may begin.

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1.      Relators do not oppose the Motion, and will not be filing an opposition thereto.

2.      Relators have no objection to the [Proposed] Protective Order filed by UOP concurrent with its Motion.

///
///
///
///
///
///
///
///
///
///

2

1    3.    The hearing date on the Motion shall be taken off calendar and the Court shall

2    decide the Motion at its earliest convenience, in light of Relators' non-opposition to the Motion

3    and the desire by the parties to begin discovery.

4    DATED:  October 5, 2007                    LIEFF CABRASER HEIMANN &
                                                BERNSTEIN, LLP
5                                               ROBERT J. NELSON

6                                               By:   /s/ Robert J. Nelson (as authorized on
                                                October 3, 2007)
7                                               Robert J. Nelson

8                                               Attorney for Relators,
9                                               MARY HENDOW & JULIE ALBERTSON

10

11   DATED:  October 5, 2007                    GIBSON, DUNN & CRUTCHER LLP
                                                JAMES L. ZELENAY, JR.
12

13

14                                              By:  _____/s/ James L. Zelenay, Jr.
                                                       James L. Zelenay, Jr.
15                                              Attorney for Defendant,
16                                              UNIVERSITY OF PHOENIX

17                                  **ORDER**

18       Pursuant to the above Stipulation, **IT IS ORDERED** that the hearing on Defendant

19   University of Phoenix's Unopposed Motion for Entry of a Protective Order Regarding

20   Privileged, Confidential, and Highly Confidential Information shall be taken off calendar and

21   the Court will decide the Motion at its earliest available convenience, in light of Relators' non-

22   opposition to the Motion.

23   DATED:  November 7, 2007.

24                           _Dale A. Drozd_____

25                           DALE A. DROZD
26                           UNITED STATES MAGISTRATE JUDGE

27

28   Ddad1/orders.civil/hendow0457.stipord

3

**STIPULATION AND ORDER REGARDING HEARING SCHEDULE ON DEFENDANT'S UNOPPOSED MOTION
FOR ENTRY OF A PROTECTIVE ORDER**, Case No. CIV. S-03-0457 GEB DAD