TIMOTHY J. HATCH, SBN 165369
thatch@gibsondunn.com
JAMES L. ZELENAY, JR., SBN 237339
jzelenay@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

CHRISTY JOSEPH, SBN 136785
cjoseph@swlaw.com
SNELL & WILMER LLP
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

CHARLES J. STEVENS, SBN 106981
cjs@stevensandoconnell.com
BRADLEY A. BENBROOK, SBN 177786
bab@stevensandoconnell.com
STEVENS & O'CONNELL LLP
400 Capital Mall, Suite 1400
Sacramento, CA  95814-4412
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

Attorneys for Defendant,
UNIVERSITY OF PHOENIX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MARY HENDOW and JULIE ALBERTSON,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF PHOENIX,<br><br>Defendant. | CASE NO. CV-03-0457 GEB DAD<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT UNIVERSITY OF PHOENIX TO RESPOND TO RELATORS' SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Judge: Magistrate Judge Dale A. Drozd<br>Place: Courtroom 27 |

Pursuant to Local Rule 6-144(a), Defendant University of Phoenix ("UOP") and Relators Mary Hendow and Julie Albertson ("Relators"), hereby submit this Stipulation and [Proposed] Order Extending the Time for Defendant University of Phoenix to Respond to Relators' Second Requests for Production of Documents.

1

**RECITALS**

WHEREAS, Relators served their Second Requests for Production of Documents on UOP by U.S. mail on November 9, 2007.

WHEREAS, UOP's responses to Relators' Second Requests for Production of Documents are currently due on December 12, 2007.

WHEREAS, UOP requires additional time to respond to Relators' Second Requests for Production of Documents, whether by response, objection, moving for a protective order, or any other means, especially in light of the fact that the parties are attempting to come to an agreeable solution with respect to certain aspects of discovery.

WHEREAS, Local Rule 6-144(a) states that "an initial stipulation extending time for no more than thirty (30) days . . . to respond to . . . requests for production of documents may be filed without approval of the Court . . . ."

WHEREAS, UOP believes that this provision of Local Rule 6-144(a) also applies to an agreement by the parties to extend the time within which a party may move for a protective order in response to a request for production of documents, but has included a [proposed] order herewith in an abundance of caution.

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. The deadline for UOP to respond to Relators' Second Requests for Production of Documents by whatever means, including, but not limited to, through responses, through objections, or by moving for a protective order, shall be extended to January 11, 2008.

DATED: December 11, 2007            LIEFF CABRASER HEIMANN &
                                    BERNSTEIN, LLP
                                    ROBERT J. NELSON

                                By: /s/ Robert J. Nelson (as authorized on December 11, 2007)
                                    Robert J. Nelson
                                    Attorney for Relators,
                                    MARY HENDOW & JULIE ALBERTSON

DATED: December 11, 2007            GIBSON, DUNN & CRUTCHER LLP
                                    JAMES L. ZELENAY, JR.

                                By:     /s/ James L. Zelenay, Jr.
                                    James L. Zelenay, Jr.
                                    Attorney for Defendant,
                                    UNIVERSITY OF PHOENIX

2

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO RELATORS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**, Case No. CIV. S-03-0457 GEB DAD

**ORDER**

Pursuant to the above Stipulation, **IT IS ORDERED** that the deadline for Defendant University of Phoenix to respond to Relators' Second Requests for Production of Documents by whatever means, including, but not limited to, through responses, through objections, or by moving for a protective order, shall be extended to January 11, 2008.

DATED: December 12, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/hendow0456.stipord(2)