IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u><br>MARY HENDOW and JULIE ALBERTSON,<br><br>           Plaintiff,<br><br>     v.<br><br>UNIVERSITY OF PHOENIX,<br><br>           Defendant. | 2:03-CV-0457-GEB-DAD<br><br><br><br><br><u>ORDER</u> |

     Leeland O. White filed a request for judicial notice and an amended notice of oral hearing on January 8 and 9, 2008, respectively, concerning his motion for reconsideration which was denied in an order filed January 4, 2008. This ruling moots White's above filings and no hearing is scheduled. The Clerk of the Court shall serve a copy of this order by mail on Leeland O. White, 815 La Cruz, El Paso, TX 79902.

Dated: January 10, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

1