IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
*ex rel.* MARY HENDOW and
JULIE ALBERTSON,

    Plaintiffs,               No. CIV S-03-0457 GEB DAD

    v.

UNIVERSITY OF PHOENIX,

    Defendant.             ORDER

_____/

        This case came before the court on April 11, 2008, for hearing of relators' motion to compel further discovery responses and defendant's motion for entry of a protective order. Peter E. Leckman and Jonathan D. Weissglass appeared for the relators. Jared M. Toffer and James L. Zelenay, Jr. appeared for defendant.

        The court gave careful consideration to all written materials submitted in connection with the motion, as well as the arguments of counsel at the hearing. For the reasons set forth on the record, relators' motion to compel is granted in part, and defendant's unopposed motion for protective order is granted.

/////

/////

1

IT IS ORDERED that:

1. Relators' March 13, 2008 motion to compel further responses to Relators' Second Set of Requests for Production of Documents is granted as to documents through March 4, 2005, and denied without prejudice as to documents that post-date March 4, 2005.

2. The parties shall meet and confer regarding the burden of producing additional responsive documents; if the burden issue is not resolved within six weeks, the matter shall be placed on this court's calendar by motion filed concurrently with a joint statement at least three court days prior to the calendar, as provided in Local Rule 37-251(a).

3. Defendant's March 18, 2008 motion for entry of a protective order is granted, and the proposed protective order is filed concurrently with this order.

DATED: April 14, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/hendow0457.oah.041108