IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA, ex rel.  )
MARY HENDOW and JULIE ALBERTSON,    )
                                    )   2:03-cv-00457-GEB-DAD
          Plaintiffs,               )
                                    )   ORDER
     v.                             )
                                    )
UNIVERSITY OF PHOENIX,              )
                                    )
          Defendant.                )
_____)
```

On April 24, 2009, Relators filed an Ex Parte Application to continue the deadline for filing their opposition to Defendant's motion for partial summary judgment to May 20, 2009, and the hearing on the motion to June 8, 2009, commencing at 9:00 a.m.

Since Relators' counsel declares Defendant does not oppose the requested continuances, the requested continuances are granted.

Dated: April 27, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1