IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
*ex rel.* MARY HENDOW and
JULIE ALBERTSON,

    Plaintiffs,                  No. CIV S-03-0457 GEB DAD

    v.

UNIVERSITY OF PHOENIX,

    Defendant.                <u>ORDER</u>

_____/

        This case came before the court on May 1, 2009, for hearing on relators' motion to compel further Rule 30(b)(6) deposition testimony (Doc. No. 270). Michael Rubin appeared for the relators. Jared Toffer appeared for defendant.

        For the reasons stated in open court, defendant's motion to compel further Rule 30(b)(6) deposition testimony (Doc. No. 270) was granted in part and denied in part. In this regard, the court granted the motion to compel further Rule 30(b)(6) deposition testimony with respect to: Topic 1 as limited by plaintiff in the joint statement for the time period 2000 to February 5, 2004; Topic 2 to the extent defendant maintains such information in a preexisting form; and as to Topic 3 only to the extent defendant has previously offered to make a person most knowledgeable available as to certain areas covered by this topic and no further. In all

1

other respects the motion to compel further Rule 30(b)(6) deposition testimony (Doc. No. 270) was denied.

IT IS ORDERED.

DATED: May 14, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/hendow0457.oah.050109