IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MARY HENDOW and JULIE ALBERTSON<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF PHOENIX,<br><br>Defendant. | 2:03-cv-0457-GEB-DAD<br><br>ORDER |

A joint request to redact certain information contained in an opposition to Defendant's partial summary judgment motion was filed on May 28, 2009.  This request is denied because justification for the request has not been provided.

IT IS SO ORDERED.

Dated:  June 1, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge