IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MARY HENDOW and JULIA ALBERTSON | |
| Plaintiffs, | 2:03-cv-0457-GEB-DAD |
| v. | ORDER AMENDING SCHEDULING ORDER[*] |
| UNIVERSITY OF PHOENIX, | |
| Defendant. | |

     The Relators apply for an Order shortening time for hearing on their request to continue the discovery completion date to July 17, 2009. The application is opposed. However, the time period between the discovery completion and last law and motion hearing dates is not the typical time period imposed in my cases, and was imposed as a result of what the parties requested in the stipulation they filed on October 14, 2008. However, this time period could be extended so that it is more similar to what I typically have in cases. Further, the last law and motion hearing date could also be extended for the same reason. Since extending these dates moots the Relators' pending

---

[*] This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

1 | motion to extend the discovery completion date, that motion is denied
2 | as moot because the Court has decided sua sponte to modify the Rule 16
3 | Scheduling Order is modified as follows:
4 |     (1) all discovery shall be completed by October 7, 2009;
5 |     (2) the last hearing date for motions is December 7,
6 | 2009, at 9:00 a.m.
7 | Dated:  June 2, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge