ROBERT J. NELSON (SBN 132797)
RACHEL GEMAN (Admitted Pro Hac Vice)
STEVE SWERDLOW (SBN 250344)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Tel: (415) 956-1000 • Fax (415) 956-1008 • rnelson@lchb.com,
rgeman@lchb.com, sswerdlow@lchb.com

MICHAEL RUBIN (SBN 80618)
JONATHAN WEISSGLASS (SBN 185008)
PETER E. LECKMAN (SBN 235721)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151 • Fax (415) 362-8064 • mrubin@altshulerberzon.com,
jweissglass@altshulerberzon.com, pleckman@altshulerberzon.com

*Attorneys for Mary Hendow and Julie Albertson, Relators*

TIMOTHY HATCH
JAMES ZELENAY
JARED TOFFER
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: (949) 451-3800 • Fax: (415) 362-8064 • thatch@gibsondunn.com
jzelenay@gibsondunn.com, jtoffer@gibsondunn.com

*Attorneys for Defendant University of Phoenix*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MARY HENDOW and JULIE ALBERTSON,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF PHOENIX,<br><br>Defendant. | CASE NO. CV-03-0457 GEB DAD<br><br>**STIPULATION AND ORDER REGARDING RELATORS' ADDITION OF WITNESSES TO THEIR DISCLOSURES AND THE PARTIES' AGREEMENT TO CONTINUE TO MEET AND CONFER REGARDING NON-ENROLLMENT COUNSELOR COMPENSATION**<br><br>Judge: Magistrate Judge Dale A. Drozd<br>Place: Courtroom 27 |

Defendant University of Phoenix ("University") and Relators Mary Hendow and Julie Albertson Behn ("Relators") hereby submit this Stipulation and [Proposed] Order Regarding Relators' addition of witnesses to their disclosures and the parties' agreement to continue to meet and confer about Relators' First Set of Requests for Admission.

**RECITALS**

WHEREAS, the parties filed a Joint Statement re Discovery Disagreement re Relators' Addition of Witnesses to Disclosures on May 19, 2009 (Docket #294).

WHEREAS, Relators filed a Renewal of Joint Statement re Discovery Disagreement: Docket #207 on May 13, 2009 (Docket #284), which the University opposed on May 18, 2009 (Docket #289).

WHEREAS, Magistrate Judge Drozd heard these matters on May 22, 2009.

WHEREAS, Magistrate Judge Drozd ruled on May 22, 2009 that Relators could not add Donna Wittman, Chad McKinney, and Cindy Bojorquez to their disclosures; and denied Relators' renewed motion to compel.

WHEREAS, Magistrate Judge Drozd based his rulings in part on the impending fact discovery deadline of May 29, 2009.

WHEREAS, the Honorable Judge Garland Burrell, Jr. on June 3, 2009 extended the discovery cut-off in this case to October 7, 2009 (Docket #320).

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. The parties agree that Relators may add Donna Wittman, Chad McKinney, and Cindy Bojorquez to their disclosures.

2. The University reserves its right to seek to exclude any of these witnesses.

3. With respect to the Relators' Renewal of the Joint Statement, the parties agree to meet and confer further with respect to Relators' First Set of Requests For Admission. This continued meet and confer is without prejudice to Relators' being permitted to renew their joint statement should the parties fail to reach agreement.

//
//

DATED:  June 10, 2009                        ALTSHULER BERZON LLP


By:          /s/ *Peter E. Leckman*
                    Peter E. Leckman

Attorneys for Relators,
MARY HENDOW & JULIE ALBERTSON


DATED:  June 10, 2009                        GIBSON, DUNN & CRUTCHER LLP


By:     /s/ *Jared Toffer* (by PEL w/permission)
                    Jared Toffer

Attorneys for Defendant,
UNIVERSITY OF PHOENIX


**ORDER**

Pursuant to the above Stipulation, **IT IS ORDERED** that Relators may add the following witnesses to their disclosures: Donna Wittman, Chad McKinney, and Cindy Bojorquez.  The parties shall continue to meet and confer regarding Relators' First Set of Requests for Admission.  This continued meet and confer is without prejudice to Relators' being permitted to renew their joint statement should the parties fail to reach agreement.

DATED:  June 10, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.civil/hendow0457.stipord.doc324

2

**STIPULATION AND [PROPOSED] ORDER**                        Case No. CIV. S-03-0457 GEB DAD