IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. MARY HENDOW and JULIA ALBERTSON | ) ) ) | 2:03-cv-0457-GEB-DAD |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| UNIVERSITY OF PHOENIX, | ) ) | |
| Defendant. | ) ) | |

The joint request filed on June 22, 2009, to only file on the public docket redacted versions of exhibits 19, 25 and 27 attached to Peter Lechman's declaration (which was filed on May 20, 2009 as docket number 301) is granted, but not exactly as the parties' assert. The Clerk's Office states substitutes for these exhibits cannot be filed in docket number 301, and these exhibits cannot be removed from that docket entry but they can be filed under seal. Therefore, these exhibits in docket number 301 shall be filed under seal; and, a redacted version of Lechman's declaration to which is attached redacted exhibits 19, 25 and 27 shall be filed on or before July 6, 2009. The redacted filing shall be treated as though filed on May 20, 2009.

Dated: June 29, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge