1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, ex rel. MARY HENDOW and JULIE ALBERTSON,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF PHOENIX,<br><br>Defendant. | CASE NO. CIV. S-03-0457 GEB DAD<br><br>**ORDER STAYING CASE FOR 45 DAYS**<br><br>Judge: The Honorable Garland E. Burrell, Jr.<br>Place: Courtroom 10 |
|---|---|

Gibson, Dunn & Crutcher LLP

**ORDER**

This Court, having considered the parties' Joint Stipulation to Stay The Case For 45 Days, finds that good cause exists to grant the parties' request to stay the proceedings for 45 days, including all discovery and dispositive motion deadlines, and to hold a further status conference, if necessary, to address the case schedule after the 45-day period has passed if the parties have not concluded the settlement by that date. Therefore, a status conference is scheduled to commence at 9:00 a.m. on December, 14, 2009.  A joint statue report shall be filed fourteen days before the status conference. Further, the motion filed April 20, 2009 (Document 254) is deemed withdrawn.

IT IS SO ORDERED.

DATED: 10/1/09

_____
GARLAND E. BURRELL, JR.
United States District Judge

1