WAYNE W. SMITH, SBN 54593
WSmith@gibsondunn.com
TIMOTHY J. HATCH, SBN 165369
THatch@gibsondunn.com
JAMES L. ZELENAY, JR., SBN 237339
Jzelenay@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant,
UNIVERSITY OF PHOENIX

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MARY HENDOW and JULIE ALBERTSON, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF PHOENIX, <br><br> Defendant. | CASE NO. CIV. S-03-0457 GEB DAD <br><br> **JOINT STATUS REPORT** <br><br> Judge:  The Honorable Garland E. Burrell, Jr. <br> Place:  Courtroom 10 <br><br> Status Conference Date:  December 14, 2009 <br> Status Conference Time:  9:00 a.m. |

Pursuant to the Court's Order of October 2, 2009, Relators and the University of Phoenix (collectively, the "parties") hereby file this Joint Status Report in advance of the Status Conference currently scheduled to occur on December 14, 2009 before the Honorable Garland E. Burrell in Courtroom 10.

As the Court recalls, this case has been stayed pending the parties' negotiation of a potential resolution and settlement.

The parties have now reached a tentative settlement, subject to approval by the Department of Justice.  If the Department of Justice approves the settlement prior to the status conference date, the

parties will immediately inform the Court.  In the meantime, the parties desire that the stay in this action remain in effect while the Department of Justice has the opportunity to review the settlement agreement.

Respectfully submitted,

DATED:  November 30, 2009         By:      /s/ James L. Zelenay, Jr.
                                                  James L. Zelenay, Jr.

TIMOTHY J. HATCH, SBN 165369
JAMES L. ZELENAY, JR., SBN 237339
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Tel (213) 229-7000/Fax (213) 229-7520
thatch@gibsondunn.com
jzelenay@gibsondunn.com

*Attorneys for Defendant University of Phoenix*

Dated:  November 30, 2009         By: /s/ Robert J. Nelson (as authorized Nov. 30, 2009)
                                                  Robert J. Nelson

ROBERT J. NELSON (SBN 132797)
STEVEN SWERDLOW (SBN 250344)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Tel:  (415) 956-1000; Fax (415) 956-1008
rnelson@lchb.com, sswerdlow@lchb.com

*Attorneys for Mary Hendow and Julie Albertson, Relators*

Gibson, Dunn & Crutcher LLP

# CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2009, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Cliff Palesfsky | uroy@aol.com |
| Daniel R. Bartley | DanielBartleyLaw@aol.com |
| James M. Finberg | jfinberg@altshulerberzon.com |
| Michael Rubin | mrubin@altshulerberzon.com |
| Nancy G. Krop | nkrop@kroplaw.com |
| Peter E. Leckman | pleckman@altshulerberzon.com |
| Robert J. Nelson | rnelson@lchb.com |
| Jonathan D. Weissglass | jweissglass@altshulerberzon.com |
| Kendall J. Newman | Kendall.newman@usdoj.gov |

I further certify that a copy of the foregoing was sent on November 30, 2009, via U.S. Mail to the following parties not registered on the CM/ECF:

Jay D. Majors
U.S. Department of Justice
Civil Division
601 D. Street, N.W., Room 9550
Washington, DC  20004
E-Mail:  Jay.Majors@usdoj.gov


                                                                    /s/ James L. Zelenay, Jr.

Gibson, Dunn & Crutcher LLP