ROBERT J. NELSON (SBN 132797)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th floor
San Francisco, CA 94111
Tel 415 956 1000 • Fax 415 956 1008 • rnelson@lchb.com,

MICHAEL RUBIN (SBN 80618)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel 415 421 7151 • Fax 415 362 8064 • mrubin@altshulerberson.com

*Attorneys for Relators*.

WAYNE W. SMITH (SBN 54593)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520 • WSmith@gibsondunn.com

*Attorneys for Defendant*.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MARY HENDOW and JULIE ALBERTSON, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF PHOENIX, <br><br> Defendant. | CASE NO. CIV. S-03-0457 GEB DAD <br><br> **SUPPLEMENTAL JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** <br><br> **[E.D. Cal. Local Rule 83-143]** <br><br> [[Proposed] Order also filed concurrently herewith] <br><br> Judge: The Honorable Garland E. Burrell, Jr. <br> Place: Courtroom 10 |

1

The University of Phoenix ("University") and Relators Mary Hendow and Julie Albertson ("Relators") submit this Supplemental Joint Stipulation of Dismissal in response to the Court's December 15, 2009 order. *See* Docket No. 344. In that order, the Court requested additional information about the settlement agreement reached between the University, Relators, and the United States Government. That information is summarized below and is set forth in more detail in the accompanying exhibits. The settlement agreement is attached as Exhibit A, and the Attorneys Fees Agreement is attached as Exhibit B.

**SUPPLEMENTAL JOINT STIPULATION**

WHEREAS, Relators filed this *qui tam* action under the federal False Claims Act on behalf of the United States on March 7, 2003.

WHEREAS, the government declined to intervene in this action on May 5, 2003.

WHEREAS, Relators filed their Second Amended Complaint in this action on March 3, 2004.

WHEREAS, the University answered Relators' Second Amended Complaint on December 20, 2006.

WHEREAS, Relators, the University, and the United States Department of Justice have entered into a settlement agreement to resolve this action, and jointly request for good cause shown that the Court dismiss all causes of action asserted by Relators in this action with prejudice as to both Relators and the United States, subject to the terms and conditions set forth in the parties' agreements as presented to this Court and briefly summarized below.

WHEREAS, the settlement agreement provides that the University shall pay the United States $67,500,000 (the "Settlement Amount"), and the United States shall release the University from certain civil or administrative claims, as further set forth in the settlement agreement. *See* Settlement Agreement, a true and correct copy of which is attached hereto as Exhibit A, ¶¶1, 3.

WHEREAS, the settlement agreement provides that the United States shall pay the Relators $19 million, which is approximately 28.15% of the Settlement Amount, which amount reflects Relators' efforts in initiating the action and litigating the case on behalf of the United States for more than six years. *See* Exhibit A, ¶1.

WHEREAS, this amount is within the benchmarks provided for in 31 U.S.C. §3730(d)(2), which states that "the person bringing the action or settling the claim shall receive . . . not less than 25 percent and not more than 30 percent of the proceeds of the action or settlement and shall be paid out of such proceeds." 31 U.S.C. §3730(d)(2).

WHEREAS, 31 U.S.C. §3730(d)(2) provides that the Relators "shall also receive an amount for reasonable expenses which the court finds to have been necessarily incurred, plus reasonable attorneys' fees and costs."

WHEREAS, in the more than six years of this litigation, Relators' counsel reviewed more than a million pages of documents, took or defended approximately 40 depositions, responded to four motions to dismiss, a motion for partial summary judgment, and a Petition for Writ of Certiorari, prosecuted a Ninth Circuit appeal from the Order of Dismissal, brought or defended against more than a dozen discovery motions, interviewed scores of witnesses from throughout the county, worked with and obtained expert reports from several experts and were preparing to depose the University's experts, and ultimately negotiated the settlement of this False Claims Act litigation.

WHEREAS, the University and the Relators have entered into a separate Attorneys' Fee Agreement, which provides that the University shall pay Relators' counsel $11,000,000 to cover the cumulative fees and costs incurred by the five law firms that represented Relators during the more than six years of litigation. *See* Attorneys Fee Agreement, a true and correct copy of which is attached hereto as Exhibit B, ¶1.

WHEREAS, the Government's agreement to pay the Relators $19 million from the Settlement Amount was a matter of extensive discussion and negotiation between the Government and the Relators; and the University's agreement to pay statutory fees and costs of $11 million to the Relators was also the subject of extensive discussion and negotiation between the University and Relators.

WHEREAS, all parties have agreed that they will each bear their own costs and attorneys' fees with respect to this action, except as specifically set forth in the parties' agreements.

WHEREAS, the Attorney General, through the Department of Justice, consents to the dismissal of this action based on its determination that the settlement of this action is an appropriate resolution of the allegations propounded by the Relators and will relieve the United States of any

further discovery costs and obligations.

ACCORDINGLY, pursuant to Local Rule 83-143, the parties, by and through their counsel of record, hereby stipulate to, **and request the Court's approval of the following**:

1. An order dismissing this action, and all causes of action asserted by Relators herein, with prejudice as to both Relators and the United States, for the reason that the parties have settled the action.

2. An order that the parties shall bear their own costs and attorneys' fees with respect to this action, except as specifically set forth in the parties' agreements.

IT IS SO STIPULATED.

DATED:  December 16, 2009          By:       /s/ James L. Zelenay, Jr.
                                             James L. Zelenay, Jr.

TIMOTHY J. HATCH, SBN 165369
JAMES L. ZELENAY, JR., SBN 237339
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Tel (213) 229-7000/Fax (213) 229-7520
thatch@gibsondunn.com
jzelenay@gibsondunn.com

*Attorneys for Defendant University of Phoenix*

Dated:  December 16, 2009          By: /s/ Robert J. Nelson (as authorized Dec. 16, 2009)
                                       Robert J. Nelson

ROBERT J. NELSON (SBN 132797)
STEVEN SWERDLOW (SBN 250344)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Tel:  (415) 956-1000; Fax (415) 956-1008
rnelson@lchb.com, sswerdlow@lchb.com

*Attorneys for Mary Hendow and Julie Albertson, Relators*

CONSENTING TO DISMISSAL FOR THE UNITED STATES:

DATED: December 16, 2009                BENJAMIN WAGNER
                                        United States Attorney


                               By:   /s/ Kendall J. Newman (as authorized on Dec. 16, 2009)
                                        KENDALL J. NEWMAN
                                        Assistant U.S. Attorney
                                        501 I Street, Suite 10-100
                                        Sacramento, CA 95814
                                        Telephone: (916) 554-2821

                                        TONY WEST
                                        Assistant Attorney General
                                        JOYCE R. BRANDA
                                        MICHAEL D. GRANSTON
                                        JAY D. MAJORS
                                        Department of Justice
                                        Civil Division
                                        Post Office Box 261
                                        Ben Franklin Station
                                        Washington, DC  20044
                                        Tel:  (202) 307-0264

                                        Counsel for the United States

# [PROPOSED] ORDER

This Court, having considered the parties' Joint Stipulation of Dismissal, filed on December 14, 2009, and Supplemental Joint Stipulation of Dismissal, filed on December 16, 2009, as well as the United States' consent to that dismissal, finds good cause for dismissing this case. Specifically, the parties have entered into a settlement, which has also been entered into and approved of by the U.S. Department of Justice, to resolve this matter. Under this agreement, the University shall pay the United States $67.5 million to resolve certain civil or administrative claims, as specifically set forth in the parties' Settlement Agreement, which has been filed with the Court. The Relators shall receive $19 million, which is approximately 28.15% of this amount, pursuant to 31 U.S.C. § 3730(d)(2), and additionally the University shall pay Relators' counsel $11 million to cover counsels' reasonable statutory fees and costs. Given the reasonableness of the parties' agreements and the fact the United States Department of Justice has approved the terms of the settlement, the Court orders as follows:

1. Relators' Second Amended Complaint shall be dismissed with prejudice as to Relators and as to the United States.

2. The parties shall bear their own costs and attorneys' fees with respect to this action, except for as specifically set forth in the parties' agreements.

3. This case is now CLOSED and dismissed.

IT IS SO ORDERED.

DATED: _____

By: _____
The Honorable Garland E. Burrell, Jr.
United States District Court

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2009, the attached document, as well as the accompanying [Proposed] Order was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Cliff Palesfsky | uroy@aol.com |
| Daniel R. Bartley | DanielBartleyLaw@aol.com |
| James M. Finberg | jfinberg@altshulerberzon.com |
| Michael Rubin | mrubin@altshulerberzon.com |
| Nancy G. Krop | nkrop@kroplaw.com |
| Peter E. Leckman | pleckman@altshulerberzon.com |
| Robert J. Nelson | rnelson@lchb.com |
| Jonathan D. Weissglass | jweissglass@altshulerberzon.com |
| Kendall J. Newman | Kendall.newman@usdoj.gov |

I further certify that copies of the foregoing were sent on December 16, 2009, via email and overnight mail to the following parties not registered on the CM/ECF:

Jay D. Majors
U.S. Department of Justice
Civil Division
601 D. Street, N.W., Room 9550
Washington, DC  20004
E-Mail:  Jay.Majors@usdoj.gov

                                        /s/ James L. Zelenay, Jr.

Gibson, Dunn & Crutcher LLP

1