# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MARY HENDOW and JULIE ALBERTSON,<br><br>          Plaintiff,<br><br>     v.<br><br>UNIVERSITY OF PHOENIX,<br><br>          Defendant. | CASE NO. CIV. S-03-0457 GEB DAD<br><br>**ORDER OF DISMISSAL**<br><br>Judge: The Honorable Garland E. Burrell, Jr.<br>Place: Courtroom 10 |

Gibson, Dunn & Crutcher LLP

**ORDER**

This Court, having considered the parties' Joint Stipulation of Dismissal, filed on December 14, 2009, and Supplemental Joint Stipulation of Dismissal, filed on December 16, 2009, as well as the United States' consent to that dismissal, finds good cause for dismissing this case.  Specifically, the parties have entered into a settlement, which has also been entered into and approved of by the U.S. Department of Justice, to resolve this matter.  Under this agreement, the University shall pay the United States $67.5 million to resolve certain civil or administrative claims, as specifically set forth in the parties' Settlement Agreement, which has been filed with the Court.  The Relators shall receive $19 million, which is approximately 28.15% of this amount, pursuant to 31 U.S.C. § 3730(d)(2), and additionally the University shall pay Relators' counsel $11 million to cover counsels' reasonable statutory fees and costs.  Given the reasonableness of the parties' agreements and the fact the United States Department of Justice has approved the terms of the settlement, the Court orders as follows:

1. Relators' Second Amended Complaint shall be dismissed with prejudice as to Relators and as to the United States.

2. The parties shall bear their own costs and attorneys' fees with respect to this action, except for as specifically set forth in the parties' agreements.

3. This case is now CLOSED and dismissed.

IT IS SO ORDERED.

DATED: December 17, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Gibson, Dunn & Crutcher LLP

1