# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MARY HENDOW, ET AL.,**

CASE NO: **2:03–CV–00457–GEB–DAD**

v.

**UNIVERSITY OF PHOENIX,**

**XX –– Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 12/17/09**

**Victoria C. Minor**
Clerk of Court

ENTERED: **December 17, 2009**

by: /s/ A. Kastilahn
Deputy Clerk